**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: Case No. **07-**_____

**VIERA DIAZ, MARISOL**_____ Chapter **13**_____
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☑ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **8/31/2007**_____ ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **650.00** x **60** = $ **39,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **39,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **39,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,800.00**

Signed: **/s/ MARISOL VIERA DIAZ**_____
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL BANK** Cr. _____ Cr. _____
# **0030073185** # _____ # _____
$ **2,678.90** $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **ASOC. RECREATIVA** Cr. _____ Cr. _____
# **Q7 CALLE 14** # _____ # _____
$ **993.75** $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL BANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☑ Paid 100% / ☐ Other: _____
Cr. **CITIFINANCIAL** Cr. _____ Cr. _____
# **112 129361** # _____ # _____
$ **4,623.00** $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

Attorney for Debtor **MARILYN VALDES ORTEGA LAW OFFICES** Phone: **(787) 758-4400**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **VIERA DIAZ, MARISOL**      Case No. **07-**
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED CREDITOR.**

**ADEQUATE PROTECTION PAYMENT TO DORAL FINANCIAL UNTIL CONFIRMATION IS THE EQUITY OF THE HOUSE.**

**AFTER CONFIRMATION EQUAL MONTHLY PAYMENT OF $585.00 MONTHS ( 5 - 10 ) TO DORAL FINACIAL**

**ADEQUATE PROTECTION PAYMENT TO ASOCIACION RECREATIVA CIVICA CULTURAL URB. EL CONQUISTADOR UNTIL CONFIRMATION IS THE EQUITY OF THE HOUSE.**

**AFTER CONFIRMATION EQUAL MONTHLY PAYMENT OF $569.00 MONTHS (10 -11 ) TO ASOC. RECREATIVA CIVICA CULTURAL URB. EL CONQUISTADOR INC.**

**DORAL FINANCIAL CORPORATION PO BOX 71529, SAN JUAN PR 00936-8629**

**ASOCIACION RECREATIVA CIVICA CULTURAL URB. EL CONQUISTADOR : PO BOX 4069 BAYAMON, PR 00958-1069**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only