# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | CASE NUMBER: 07-04943 SEK |
| | * | |
| MARISOL VIERA DIAZ | * | |
| | * | |
| Debtor(s) | * | CHAPTER 13 |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PROPOSED AMMENDMENT OF THE CHAPTER 13 PLAN**

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. First two (2) months of the plan are in $0.00 because after the filing of the bankruptcy petition debtor received a temporary lay off. Enclosed please find copy of the lay off letter.

**WHEREFORE**, it is respectfully requested of this Honorable Court to approve the above indicated amendment.

In San Juan, Puerto Rico, this 20th, of September, 2002.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all CM/ECF participants and to the following: Chapter 13 Trustee **Alejandro Oliveras Rivera, Esq.**, US Trustee **Monsita Lecaroz Arribas** and I hereby certify that I have mailed by regular mail to all creditors listed on the Master Address List.

                           **RESPECTFULLY SUBMITTED.**

                           **/S/MARILYN VALDES ORTEGA**
                           **MARILYN VALDES ORTEGA**
                           USDC PR 214711
                           P.O.Box 195596
                           San Juan, PR 00919-5596
                           Tel. (787) 758-4400
                           Fax. (787) 763-0144

jco

United States Bankruptcy Court
District of Puerto Rico

IN RE:   Case No. **07-04943 SEK**
**VIERA DIAZ, MARISOL**   Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☒ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____   ☒ AMENDED PLAN DATED: **9/20/2007**
☐ PRE ☐ POST-CONFIRMATION   Filed by: ☐ Debtor ☐ Trustee ☒ Other

### I. PAYMENT PLAN SCHEDULE

$ **0.00** x **2** = $ **0.00**
$ **650.00** x **58** = $ **37,700.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **37,700.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **37,700.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,800.00**

Signed: _____
        Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☒ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☒ Trustee pays secured ARREARS:
Cr. **DORAL BANK**   Cr. _____   Cr. _____
# **0030073185**   # _____   # _____
$ **2,678.90**   $ _____   $ _____
2. ☒ Trustee pays IN FULL Secured Claims:
Cr. **ASOC. RECREATIVA** Cr. _____   Cr. _____
# **Q7 CALLE 14**   # _____   # _____
$ **993.75**   $ _____   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other:
_____
6. ☒ Debtor otherwise maintains regular payments directly to:
**DORAL BANK**
_____
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☒ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☒ Paid 100% / ☐ Other: _____
Cr. **CITIFINANCIAL**   Cr. _____   Cr. _____
# **112 129361**   # _____   # _____
$ **4,623.00**   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

Attorney for Debtor **MARILYN VALDES ORTEGA LAW OFFICES** _____   Phone: **(787) 759-4400**

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE VIERA DIAZ, MARISOL                                    Case No. 07-04943 SEK
                          Debtor(s)

# AMENDED CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 1 of 1

**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED CREDITOR.**

**ADEQUATE PROTECTION PAYMENT TO DORAL FINANCIAL UNTIL CONFIRMATION IS THE EQUITY OF THE HOUSE.**

**AFTER CONFIRMATION EQUAL MONTHLY PAYMENT OF $585.00 MONTHS ( 5 - 10 ) TO DORAL FINACIAL**

**ADEQUATE PROTECTION PAYMENT TO ASOCIACION RECREATIVA CIVICA CULTURAL URB. EL CONQUISTADOR UNTIL CONFIRMATION IS THE EQUITY OF THE HOUSE.**

**AFTER CONFIRMATION EQUAL MONTHLY PAYMENT OF $569.00 MONTHS (10 -11 ) TO ASOC. RECREATIVA CIVICA CULTURAL URB. EL CONQUISTADOR INC.**

**DORAL FINANCIAL CORPORATION PO BOX 71529, SAN JUAN PR 00936-8629**

**ASOCIACION RECREATIVA CIVICA CULTURAL URB. EL CONQUISTADOR : PO BOX 4069 BAYAMON, PR 00958-1069**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE: * CASE NUMBER: 07-04943 SEK

**MARISOL VIERA DIAZ** *

Debtor(s) * CHAPTER 13

*******************************

### CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificate that has notified all creditors and persons with interest per master address list of the Chapter 13, AMMENDED PLAN DATED 09/20/2007.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 20TH, of September, 2007.

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all CM/ECF participants and to the following: Chapter 13 Trustee **Alejandro Oliveras Rivera, Esq.**, US Trustee **Monsita Lecaroz Arribas** and I hereby certify that I have mailed by regular mail to all creditors listed on the Master Address List.

**RESPECTFULLY SUBMITTED.**

/S/MARILYN VALDES ORTEGA
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144